STATE OF NEW JERSEY v. C. I. B. INTERNATIONAL.

Sept. 24, 1979. Petition for certification granted. (See 169 *N.J.Super.* 69).

DOME REALTY, INC.

v.

CITY OF PATERSON.

Sept. 24, 1979. Petition for certification granted.

STATE OF NEW JERSEY v. MAURICE RICHARDSON.

Sept. 24, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MARK JACKSON.

Sept. 24, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE L. WHITE.

Sept. 24, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE LEE HAMM.

Sept. 24, 1979. Petition for certification denied.